UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-23231-CIV-ALTONAGA/Reid

GERA LANORE,

     Plaintiff,

v.

NCL (BAHAMAS) LTD.,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on May 7, 2026.  Therefore, on or before **August 5, 2026**, Plaintiff shall perfect service on Defendant or show cause why this action should not be dismissed for failure to perfect service of process.  Failure to file proof of service or show good cause by August 5 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2026.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record